[No. 19910-6-II.    Division Two.    April 11, 1997.]

MARGARET M. WILLIAMS, *Respondent*, v. CATHY
BURROWS, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-12184-2, Brian M. Tollefson, J., entered
August 16, 1995. *Reversed* by unpublished opinion per
Houghton, C.J., concurred in by Seinfeld and Bridgewater,
JJ.

[No. 20042-2-II.    Division Two.    April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM A.
BEAIRD, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-8-01031-7, Linda Whitt, J. Pro Tem.,
entered September 22, 1995. *Affirmed* by unpublished
opinion per Houghton, C.J., concurred in by Seinfeld and
Armstrong, JJ.

[No. 20278-6-II.    Division Two.    April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
KIRKLAND, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 95-1-00226-9, James B. Sawyer II, J.,
entered January 4, 1996. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Houghton, C.J., and
Seinfeld, J.

[No. 20609-9-II.    Division Two.    April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
RIGABERTO MONTES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-8-02534-7, D. Gary Steiner, J., entered
April 10, 1996. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Houghton, C.J., and Seinfeld, J.